UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK TRACY, on behalf of himself
and all other employees similarly situated,

                        Plaintiff,

                                            <u>ORDER</u>

                                            04-CV-6541L

                    v.

NVR, INC.,

                        Defendant.
_____

      There are currently discovery motions and a summary judgment motion pending before this Court. After reviewing counsels' letters of January 18 and January 21, 2008, I believe it best that all of the discovery motions be submitted to and resolved by United States Magistrate Judge Marian W. Payson.

      I also accept counsels' proposal that defendant's response to the summary judgment motion be set for March 31, 2008. Once the Court has received the papers, I will decide if and when oral argument should be scheduled. I leave it to counsel to work with Magistrate Judge Payson concerning scheduling and argument of the discovery motions.

      IT IS SO ORDERED.

                                            _____
                                              DAVID G. LARIMER
                                           United States District Judge

Dated: Rochester, New York
         January 24, 2008.