UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK TRACY, on behalf of himself
and all other employees similarly situated,

                            Plaintiff,

                                                     SCHEDULING ORDER

                                                      04-CV-6541L

                         v.

NVR, INC.,

                            Defendant.
_____

      Defendant, NVR, Inc., has filed a motion to decertify (Dkt. #616), as well as motions for summary judgment (Dkt. ##607, 610, 613). After conferring with United States Magistrate Judge Marian W. Payson, it appears that there are a few discovery matters extant, all of which should be concluded, in the main, by September 30, 2011.

      It is, therefore,

      ORDERED that plaintiff must respond to the several motions referenced above by November 14, 2011.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
        September 7, 2011.