UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PATRICK TRACY, on behalf of himself
and all other employees similarly situated,

                      Plaintiff,

                                                                              <u>VERDICT FORM</u>

                                                                              04-CV-6541L

                        v.

NVR, INC.,

                      Defendant.

_____

1.     **Do you find that NVR has proven, by a preponderance of the evidence, that plaintiff was employed in the capacity of an outside salesman (and therefore was exempt from the overtime pay requirements of the FLSA and New York Labor Law)?**

        YES __8__                 NO __0__

    Once you have answered this question, you may receive further instructions from the Court.

    Please sign and date the verdict form in the space indicated below and inform the Judge that you have arrived at a unanimous verdict.

    I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE AND TO CONSTITUTE THE VERDICT OF ALL EIGHT (8) JURORS.

                                                          */s/ Stephen A. DeLuca*
                                                          FOREPERSON

Dated: Rochester, New York
        October 23, 2013